# EXHIBIT 4

**Infringement of U.S. Patent No. 10,769,446**

The '446 Patent is infringed by the PANDA Studio software (*e.g.*, as accessed from a webpage or mobile application) in combination with client devices (*e.g.*, personal computers, mobile phones, or tablets) that execute the PANDA Studio software (collectively, the "Accused Product").  PANDA directly infringes the '446 Patent through, at least, its own use, including testing, of the PANDA Studio product on end user devices, such as computers, phones, or tablets.  PANDA also indirectly infringes the '446 Patent, at least by selling or distributing PANDA Studio and inducing broadcasters and/or end users to complete the system by executing PANDA Studio on client devices comprising one or more computer processors and memory.

| Claim Limitation | Accused Product |
|---|---|
| [8.pre] A video content augmentation system configured on a client device, the video content augmentation system comprising: | To the extent that the preamble is limiting, the Accused Product includes a video content augmentation system configured on a client device.<br><br>For example, PANDA Studio is a video content augmentation system, which displays augmentations like betting overlays shown below, configured on a client device.<br><br> |

| | |
|---|---|
| | https://studiopanda.live/ <br><br>  <br><br> https://studiopanda.live/features (last visited May 7, 2026) |
| [8.a] one or more computer processors | The Accused Product contains one or more computer processors. <br><br> For example, PANDA Studio is embedded on webpages, accessible by any client device with a browser, or within a mobile application, accessible by mobile phones or tablets. <br><br> **FLEXIBLE INTEGRATION** <br> **Multichannel Distribution** <br><br> Easily embed PANDA's Watch & Bet player on your website, app, or editorial content, or use PANDA to power a fully branded video portal on your domain or subdomain. What's more, harness social by automatically restreaming your content from PANDA to multiple platforms at once. |

| | |
|---|---|
| | https://studiopanda.live/ (last visited May 7, 2026)<br><br>Such client devices (e.g. personal computers, phones, tablets) have one or more computer processors. |
| [8.b] memory storing computer-executable instructions that, when executed by the one or more computer processors, cause the one or more computer processors to perform operations comprising: | The Accused Product contains memory storing computer-executable instructions for the one or more processors.<br><br>For example, PANDA Studio can be integrated within a webpage, that when downloaded and executed within the browser causes the client's device to receive instructions which, when executed, cause the display of the PANDA Studio client-side interface.  As a further example, PANDA Studio can be integrated within a mobile application that can be downloaded and executed from memory. Such client devices (e.g. personal computers, phones, tablets) have memory for storing executable instructions.<br><br>**FLEXIBLE INTEGRATION**<br>**Multichannel Distribution**<br><br>Easily embed PANDA's Watch & Bet player on your website, app, or editorial content, or use PANDA to power a fully branded video portal on your domain or subdomain. What's more, harness social by automatically restreaming your content from PANDA to multiple platforms at once.<br><br>https://studiopanda.live/  (last visited May 7, 2026)<br><br>*See also, e.g.:* |



https://pandainteractive.com/product (last visited May 7, 2026)



https://studiopanda.live/clients (last visited May 7, 2026)

| | |
|---|---|
| [8.b.1] receiving, from an external server, video data corresponding to an event, the video data comprising video content and a plurality of transparent bounding boxes; | On information and belief, the Accused Product includes receiving, from an external server, video data corresponding to an event, the video data comprising video content and a plurality of transparent bounding boxes.<br><br>For example, PANDA Studio is a software-as-a-service (SaaS) product, such that the client device receives data from one or more external servers. |

MEET PANDA STUDIO

## Watch & Bet SaaS

Sports media, betting affiliates, and sportsbooks trust PANDA to stand out from the crowd and generate more revenue with Watch & Bet experiences. Use PANDA Studio to stream any live or pre-recorded video enhanced with contextually matched live bets, in-stream commerce, and community — fully automated and at scale.

https://studiopanda.live/ (last visited May 7, 2026)

The PANDA Studio client device receives from the one or more servers video data corresponding to an event, such as a video podcast broadcast or a sporting event, comprising the broadcasted video content and information related to overlays that are to be displayed with the video content.



https://studiopanda.live/ (last visited May 7, 2026)

On information and belief, the video data comprises a plurality of transparent bounding boxes including, for example, relating to the overlays. For example, PANDA advertises various overlay sizes and locations that may be

7

| | |
|---|---|
| | used with PANDA Studio:<br><br><br><br>https://studiopanda.live/features (last visited May 7, 2026) |
| [8.b.2] presenting, on a graphical user interface, the video content; | The Accused Product includes presenting, on a graphical user interface, the video content. *See, e.g.* |



https://studiopanda.live/ (last visited May 7, 2026)

| [8.b.3] detecting a user selection of a portion of the graphical user interface; | The Accused Product includes detecting a user selection of a portion of the graphical user interface. *See, e.g.*<br><br>PANDA advertises that the user interface and/or the broadcaster can "[t]rigger clickable overlays at key moments to drive viewers to take action."  https://studiopanda.live/ (last visited May 7, 2026). For example, a user can select which bets to make on the overlay on PANDA's graphical user interface. |
|---|---|



https://studiopanda.live/ (last visited May 7, 2026)



https://studiopanda.live/features (last visited May 7, 2026)

 

https://studiopanda.live/clients (last visited May 7, 2026)

| [8.b.4] determining a red, green, blue, alpha (RGBA) value | On information and belief, the Accused Product includes determining a red, green, blue, alpha (RGBA) value associated with the user selection of the portion of the graphical user interface. *See, e.g.* |
| --- | --- |

11

| associated with the user selection of the portion of the graphical user interface; |  |
| --- | --- |
| | https://studiopanda.live/features (last visited May 7, 2026) |
| | On information and belief, for example, PANDA uses RGBA values, or their equivalent, in displaying overlays and reacting to selection of an interactive element within an overlay. |
| |  |
| | https://studiopanda.live/features (last visited May 7, 2026) |

12

As a further example, on information and belief, each overlay will be associated with an RGBA value or its equivalent that allows the overlay to be rendered before and after the user has clicked on an interactive element within the overlay:



13

| | https://studiopanda.live (last visited May 7, 2026) |
|---|---|
| [8.b.5] transmitting an indication of the particular bounding box to a renderer; | The Accused Product includes transmitting an indication of the particular bounding box to a renderer.<br><br>For example, the client device running the PANDA Studio client-side interface transmits an indication that the user has selected an element (such as a button) within the bounding box associated with the overlay.  On information and belief, the indication is transmitted to a renderer so that renderer can update the user interface to show the selection (and display any additional corresponding information). |



https://studiopanda.live (last visited May 7, 2026)

| [8.b.6] receiving, from the renderer, one or more augmentation | The Accused Product includes receiving, from the renderer, one or more augmentation images associated with the particular transparent bounding box. |
|---|---|

15

| images associated with the particular transparent bounding box; | PANDA Studio displays augmentation images, such as images shown within overlays. |
|---|---|
| |  |
| | https://studiopanda.live/ (last visited May 7, 2026) |
| |  |
| | https://studiopanda.live/features (last visited May 7, 2026) |

16

On information and belief, the augmentation image is associated with a transparent bounding box, *e.g.*, for the corresponding overlay.



https://studiopanda.live/features (last visited May 7, 2026)

| | |
|---|---|
| [8.b.7] receiving, from the renderer, video frame data and location data associated with the one or more augmentation images; and | On information and belief, the Accused Product includes receiving, from the renderer, video frame data and location data associated with the one or more augmentation images.<br><br>On information and belief, PANDA Studio receives video frame data and location data for each overlay associated with respective augmentation images. For example, the overlays can be presented in a "contextually matched" manner and "trigger[ed]" "at key moments," including by "[s]ynchronizing which bets are shown with the topics of your video segments." Further, for example, the location of the overlay on the screen and within the video frame can be set or customized. |

17

MEET PANDA STUDIO

# Watch & Bet SaaS

Sports media, betting affiliates, and sportsbooks trust PANDA to stand out from the crowd and generate more revenue with Watch & Bet experiences. Use PANDA Studio to stream any live or pre-recorded video enhanced with contextually matched live bets, in-stream commerce, and community — fully automated and at scale.

https://studiopanda.live/ (last visited May 7, 2026)



https://studiopanda.live/ (last visited May 7, 2026)

19



## Live Odds & Lines

Enhance your live streams or uploaded videos with real-time bets and lines — and enable viewers to place bets without ever leaving the show. PANDA currently has built-in integration with over half a dozen online sportsbooks (with more being added all the time!)

### Key Features

- Show live bets from one sportsbook, or turn on multiple sportsbooks that your viewers can toggle between
- Show different sportsbooks based on the location of the viewer
- Synchronize what bets are shown with the topics of your video segments

https://studiopanda.live/features (last visited May 7, 2026)

## Bet Picks

Recommend what bets you think your viewers should make to drive deposits and click-throughs. Your bet picks show up front and center and can be controlled in real-time or programmed in advance.

### Key Features

- Spotlight bets from any sportsbook
- Automatically generated on-air graphics drive click-throughs
- Dedicated Bet Picks panel and pinned bets



https://studiopanda.live/features (last visited May 7, 2026)

20



https://studiopanda.live/features (last visited May 7, 2026)

| [8.b.8] presenting, the one or more augmentation images | The Accused Product includes presenting, the one or more augmentation images on the graphical user interface based on the video frame data and the location data. |
|---|---|

21

| on the graphical user interface based on the video frame data and the location data. | As discussed above, for example, the user interface presents one or more augmented images in the form of overlays within a specific location of the graphical user interface and contextually matched to the video segment.<br><br><br><br>https://studiopanda.live/ (last visited May 7, 2026) |
| --- | --- |

22



MEET PANDA STUDIO

# Watch & Bet SaaS

Sports media, betting affiliates, and sportsbooks trust PANDA to stand out from the crowd and generate more revenue with Watch & Bet experiences. Use PANDA Studio to stream any live or pre-recorded video enhanced with contextually matched live bets, in-stream commerce, and community — fully automated and at scale.

https://studiopanda.live/ (last visited May 7, 2026)

### Live Odds & Lines

Enhance your live streams or uploaded videos with real-time bets and lines — and enable viewers to place bets without ever leaving the show. PANDA currently has built-in integration with over half a dozen online sportsbooks (with more being added all the time!)

#### Key Features

- Show live bets from one sportsbook, or turn on multiple sportsbooks that your viewers can toggle between
- Show different sportsbooks based on the location of the viewer
- Synchronize what bets are shown with the topics of your video segments

https://studiopanda.live/features (last visited May 7, 2026)

23

## Bet Picks

Recommend what bets you think your viewers should make to drive deposits and click-throughs. Your bet picks show up front and center and can be controlled in real-time or programmed in advance.

### Key Features

- Spotlight bets from any sportsbook
- Automatically generated on-air graphics drive click-throughs
- Dedicated Bet Picks panel and pinned bets



https://studiopanda.live/features (last visited May 7, 2026)

24



https://studiopanda.live/features (last visited May 7, 2026)

25