# EXHIBIT 5

## Infringement of U.S. Patent No. 11,120,271

The '271 Patent is infringed by the PANDA Studio platform, as implemented on one or more servers (collectively, the "Accused Product"). PANDA directly infringes the '271 Patent by making, selling, offering for sale, and using PANDA Studio. PANDA also indirectly infringes the '271 Patent, at least by inducing broadcasters and/or end users to use PANDA Studio.

| Claim Limitation | Accused Product |
|---|---|
| [8.pre] A video content augmentation system configured for generating augmented video content, the video content augmentation system comprising: | To the extent that the preamble is limiting, the Accused Product includes a video content augmentation system configured for generating augmented video content. <br><br> For example, PANDA Studio is a video content augmentation system, which displays augmentations like betting overlays shown below, configured for generating augmented video content. <br><br> <br><br> https://studiopanda.live/ (last visited May 7, 2026) |



https://studiopanda.live/features (last visited May 7, 2026)

| [8.a] one or more computer processors | The Accused Product contains one or more computer processors. |
| --- | --- |
| | For example, PANDA Studio utilizes several servers with one or more computer processors: |



**SEE The Difference With SocketVision**

**Delight & activate viewers with our SocketVision Engagement Engine (SEE). SEE offers a new way to experience broadcasts — interactively.**

SEE rapidly ingresses and contextualizes data from any source — using ultrafast socket connections — and brings it to life with vibrant real-time visuals and overlays that are meaningful to your audience. The result? An unmatched lean-in viewing experience for web, mobile and Smart TV apps that unlocks the true value of your content by making it actionable.

https://pandainteractive.com/product (last visited May 7, 2026)

Further, PANDA advertises PANDA Studio as a "Watch & Bet SaaS" (software-as-a-service). SaaS products involve the use of servers to provision software functionality to client devices over the Internet. Such servers have one or more processors.

3

<table>
<tr><td></td><td>

MEET PANDA STUDIO

**Watch & Bet SaaS**

Sports media, betting affiliates, and sportsbooks trust PANDA to stand out from the crowd and generate more revenue with Watch & Bet experiences. Use PANDA Studio to stream any live or pre-recorded video enhanced with contextually matched live bets, in-stream commerce, and community — fully automated and at scale.

https://studiopanda.live/  (last visited May 7, 2026)

</td></tr>
<tr><td>

[8.b] memory storing computer-executable instructions that, when executed by the one or more computer processors, cause the one or more computer processors to perform operations comprising:

</td><td>

The Accused Product contains memory storing computer-executable instructions for the one or more processors.

For example, PANDA advertises PANDA Studio as a "Watch & Bet SaaS" (software-as-a-service), which involves the use of servers and memory for storing instructions to be executed.

MEET PANDA STUDIO

**Watch & Bet SaaS**

Sports media, betting affiliates, and sportsbooks trust PANDA to stand out from the crowd and generate more revenue with Watch & Bet experiences. Use PANDA Studio to stream any live or pre-recorded video enhanced with contextually matched live bets, in-stream commerce, and community — fully automated and at scale.

</td></tr>
</table>

4

| | |
|---|---|
| | https://studiopanda.live/ (last visited May 7, 2026) |
| [8.b.1] receiving, from an external server, video data corresponding to an event, the video data comprising a plurality of video frames and pixel data for each video frame of the plurality of video frames, wherein the pixels data comprises identification data for one or more regions of pixels in each video frame of the plurality of video frames; | On information and belief, the Accused Product includes receiving, from an external server, video data corresponding to an event, the video data comprising a plurality of video frames and pixel data for each video frame of the plurality of video frames, wherein the pixels data comprises identification data for one or more regions of pixels in each video frame of the plurality of video frames.<br><br>For example, PANDA Studio is a software-as-a-service (SaaS) product, such that the client device receives data from one or more external servers.<br><br>MEET PANDA STUDIO<br><br>**Watch & Bet SaaS**<br><br>Sports media, betting affiliates, and sportsbooks trust PANDA to stand out from the crowd and generate more revenue with Watch & Bet experiences. Use PANDA Studio to stream any live or pre-recorded video enhanced with contextually matched live bets, in-stream commerce, and community — fully automated and at scale.<br><br>https://studiopanda.live/ (last visited May 7, 2026)<br><br>PANDA Studio receives from the one or more servers video data corresponding to an event, such as a video podcast broadcast or a sporting event. On information and belief, the video data transmitted by the server or servers may comprise video content including video frames and pixel data related at least to overlays to be displayed over the video content. |



https://studiopanda.live/  (last visited May 7, 2026)

For example, PANDA advertises various overlay sizes and locations that may be used with PANDA Studio.  On information and belief, the location, size, and appearance of overlays may be conveyed using pixel data



https://studiopanda.live/features (last visited May 7, 2026)  (last visited May 7, 2026)

| | |
|---|---|
| [8.b.2] identifying, based at least in part on the pixel data, a particular region of pixels of the one or more regions of pixels in a particular video frame of the plurality of video frames; | The Accused Product includes identifying, based at least in part on the pixel data, a particular region of pixels of the one or more regions of pixels in a particular video frame of the plurality of video frames. |



https://studiopanda.live/features (last visited May 7, 2026)  (last visited May 7, 2026)

For example, on information and belief, for example, PANDA uses pixel data in instructing client devices on the display of overlays and how to react to selection of an interactive element within an overlay:



https://studiopanda.live  (last visited May 7, 2026)

| [8.b.3] determining, based at least in part on the particular region of | On information and belief, the Accused Products include determining, based at least in part on the particular region of pixels, a particular semantic element in the particular video frame that is associated with the particular region of |
|---|---|

| | |
|---|---|
| pixels, a particular semantic element in the particular video frame that is associated with the particular region of pixels; | pixels.<br><br>For example, the overlays in PANDA Studio are associated with a particular region of pixels in the video frame, *e.g.*, indicating a location of the overlay:<br><br><br><br>https://studiopanda.live/features (last visited May 7, 2026)  (last visited May 7, 2026)<br><br>Further, for example, PANDA Studio determines whether the semantic element corresponds to a particular video frame.  For example, PANDA Studio can be presented overlays in a "contextually matched" manner and "trigger[ed]" "at key moments," including by "[s]ynchronizing which bets are shown with the topics of your video |

segments."

**MEET PANDA STUDIO**

# Watch & Bet SaaS

Sports media, betting affiliates, and sportsbooks trust PANDA to stand out from the crowd and generate more revenue with Watch & Bet experiences. Use PANDA Studio to stream any live or pre-recorded video enhanced with contextually matched live bets, in-stream commerce, and community — fully automated and at scale.

https://studiopanda.live/  (last visited May 7, 2026)



https://studiopanda.live  (last visited May 7, 2026)

12



## Live Odds & Lines

Enhance your live streams or uploaded videos with real-time bets and lines — and enable viewers to place bets without ever leaving the show. PANDA currently has built-in integration with over half a dozen online sportsbooks (with more being added all the time!)

### Key Features

- Show live bets from one sportsbook, or turn on multiple sportsbooks that your viewers can toggle between
- Show different sportsbooks based on the location of the viewer
- Synchronize what bets are shown with the topics of your video segments

https://studiopanda.live/features (last visited May 7, 2026)



https://studiopanda.live/clients (last visited May 7, 2026)

| [8.b.4] determining, based at least in part on | The Accused Product includes determining, based at least in part on the pixel data, one or more semantic contexts for the particular semantic element, wherein the one or more semantic contexts for the particular semantic element |
| --- | --- |

| | |
|---|---|
| the pixel data, one or more semantic contexts for the particular semantic element, wherein the one or more semantic contexts for the particular semantic element indicates an event associated with the particular semantic element; | indicates an event associated with the particular semantic element.<br><br>For example, on information and belief, PANDA Studio determines a semantic context, indicative of an event in the video, in which an overlay is to be displayed.  For example, PANDA advertises that its "smart overlay[s]" are "contextually matched" to the video, "trigger[ed] … at key moments," and "synchronize[d] … with the topics of your video segments."<br><br>MEET PANDA STUDIO<br><br>**Watch & Bet SaaS**<br><br>Sports media, betting affiliates, and sportsbooks trust PANDA to stand out from the crowd and generate more revenue with Watch & Bet experiences. Use PANDA Studio to stream any live or pre-recorded video enhanced with contextually matched live bets, in-stream commerce, and community — fully automated and at scale.<br><br>https://studiopanda.live/ (last visited May 7, 2026) |



https://studiopanda.live (last visited May 7, 2026)



### Live Odds & Lines

Enhance your live streams or uploaded videos with real-time bets and lines — and enable viewers to place bets without ever leaving the show. PANDA currently has built-in integration with over half a dozen online sportsbooks (with more being added all the time!)

**Key Features**

- Show live bets from one sportsbook, or turn on multiple sportsbooks that your viewers can toggle between
- Show different sportsbooks based on the location of the viewer
- Synchronize what bets are shown with the topics of your video segments

https://studiopanda.live/features (last visited May 7, 2026)





https://studiopanda.live/clients (last visited May 7, 2026)



https://studiopanda.live/ (last visited May 7, 2026)

| [8.b.5] determining, based at least in part on the one or more semantic contexts and the particular semantic element, one or more augmentations for the particular semantic element; | The Accused Product includes determining, based at least in part on the one or more semantic contexts and the particular semantic element, one or more augmentations for the particular semantic element.<br><br>For example, graphics and other augmentations may be displayed within the overlay for a given semantic context corresponding to an event or moment in the video. |
| --- | --- |

MEET PANDA STUDIO

# Watch & Bet SaaS

Sports media, betting affiliates, and sportsbooks trust PANDA to stand out from the crowd and generate more revenue with Watch & Bet experiences. Use PANDA Studio to stream any live or pre-recorded video enhanced with contextually matched live bets, in-stream commerce, and community — fully automated and at scale.

https://studiopanda.live/ (last visited May 7, 2026)



https://studiopanda.live (last visited May 7, 2026)

19



https://studiopanda.live/features (last visited May 7, 2026)





https://studiopanda.live/clients (last visited May 7, 2026)

As another example, an augmentation in the form of a contextual clothing advertisement related to the current

content of the video ("Shop This Video") may be displayed:



https://studiopanda.live/ (last visited May 7, 2026)



https://studiopanda.live/features (last visited May 7, 2026)



| | https://studiopanda.live/ (last visited May 7, 2026) |
|---|---|
| [8.b.6] determining, based at least in part on the one or more semantic contexts and the particular semantic element, a presentation location within the particular video frame for the one or more augmentations for the particular semantic element; | On information and belief, the Accused Product includes determining, based at least in part on the one or more semantic contexts and the particular semantic element, a presentation location within the particular video frame for the one or more augmentations for the particular semantic element.<br><br>On information and belief, PANDA Studio determines a presentation location with a video frame for one or more augmentations for a semantic element. For example, PANDA Studio may determine that an overlay augmentation is to be displayed in the top left corner of a video frame:<br><br><br><br>https://studiopanda.live/ (last visited May 7, 2026)<br><br>As a further example, PANDA Studio may determine that the overlay augmentation is to be displayed in the bottom left corner, top right corner, or middle of the video frame: |

23



https://studiopanda.live/features (last visited May 7, 2026)



| | |
|---|---|
| | https://studiopanda.live/ (last visited May 7, 2026) |
| [8.b.7] generating, using the presentation location within the video frame for the one or more augmentations for the particular semantic element, augmented video content comprising the particular video frame and the one or more augmentations for the particular semantic element configured at the respective presentation location within the video frame for each respective augmentation of the one or more augmentations for each respective semantic element of the one or more semantic elements; | The Accused Product includes generating, using the presentation location within the video frame for the one or more augmentations for the particular semantic element, augmented video content comprising the particular video frame and the one or more augmentations for the particular semantic element configured at the respective presentation location within the video frame for each respective augmentation of the one or more augmentations for each respective semantic element of the one or more semantic elements.<br><br>For example, PANDA Studio generates augmented video content such that the client device can display contextual augmentations for the overlay in the designated presentation location and corresponding to the particular video frame.  On information and belief, the augmented video content is generated using, in part, the presentation location within the video frame, and comprises the particular video frame (including video content and/or information identifying a video frame) and the one or more augmentations (*e.g.*, the augmentation content and/or information needed to retrieve such content).  *See, e.g.*: |



https://studiopanda.live (last visited May 7, 2026)

26



https://studiopanda.live/features (last visited May 7, 2026)



https://studiopanda.live/features (last visited May 7, 2026)

27

| [8.b.8] transmitting the augmented video content to a user graphical display device; | On information and belief, the Accused Product includes transmitting the augmented video content to a user graphical display device.<br><br>On information and belief, PANDA Studio transmits the augmented video content to a user from its servers. As noted above, PANDA Studio is a SaaS product, wherein certain functionality (*e.g.*, generation of the augmented video content) is performed on the server and then transmitted to the client device, so that the video and augmented video content can be rendered and displayed on the client device:<br><br><br><br>https://studiopanda.live/ (last visited May 7, 2026) |
|---|---|

28



https://studiopanda.live/ (last visited May 7, 2026)

| | |
|---|---|
| [8.b.9] receiving an indication of a user selection, on the user graphical display device, of a particular augmentation of the one or more augmentations for the particular semantic element; | The Accused Product includes receiving an indication of a user selection, on the user graphical display device, of a particular augmentation of the one or more augmentations for the particular semantic element. <br><br> For example, PANDA Studio receives an indication that the user has selected an augmentation (such as a button) associated with the overlay. PANDA Studio shows such indication, for example, by outlining an element within the overlay: |



https://studiopanda.live/ (last visited May 7, 2026)

As another example, PANDA Studio receives an indication a user has selected an advertisement overlay:



https://studiopanda.live/ (last visited May 7, 2026)

| [8.b.10] at least partially in response receiving the indication of the user selection of the particular augmentation of the one or more augmentations for the particular semantic element, determining one or more actions based at least in part on the particular semantic element, the one or more semantic contexts for the particular semantic element, and | The Accused Product includes at least partially in response receiving the indication of the user selection of the particular augmentation of the one or more augmentations for the particular semantic element, determining one or more actions based at least in part on the particular semantic element, the one or more semantic contexts for the particular semantic element, and the one or more augmentations for the particular semantic element.<br><br>For example, PANDA Studio determines an action of updating the user interface to reflect the user's selection of a bet, redirecting the user to a betslip webpage, or causing additional information to be displayed in a side panel such as a checkout form or additional advertisements: |
|---|---|

| the one or more augmentations for the particular semantic element; and | <br><br>**Live Odds & Lines**<br><br>Enhance your live streams or uploaded videos with real-time bets and lines — and enable viewers to place bets without ever leaving the show. PANDA currently has built-in integration with over half a dozen online sportsbooks (with more being added all the time!)<br><br>**Key Features**<br><br>• Show live bets from one sportsbook, or turn on multiple sportsbooks that your viewers can toggle between<br><br>• Show different sportsbooks based on the location of the viewer<br><br>• Synchronize what bets are shown with the topics of your video segments<br><br>https://studiopanda.live/features (last visited May 7, 2026) | |

32



https://studiopanda.live/ (last visited May 7, 2026)



https://studiopanda.live/ (last visited May 7, 2026)

| [8.b.11] at least partially in response to determining the one or more actions, taking the one or more actions. | The Accused Product includes at least partially in response to determining the one or more actions, taking the one or more actions.<br><br>For example, in response to determining the one or more actions discussed above in [8.b.10], PANDA Studio takes the corresponding action of updating the user interface to reflect that action (*e.g.*, indicating user selection, displaying additional information, forms or advertisements) and/or causing a new webpage (*e.g.*, a betslip webpage) to be opened: |
|---|---|



**Live Odds & Lines**

Enhance your live streams or uploaded videos with real-time bets and lines — and enable viewers to place bets without ever leaving the show. PANDA currently has built-in integration with over half a dozen online sportsbooks (with more being added all the time!)

**Key Features**

- Show live bets from one sportsbook, or turn on multiple sportsbooks that your viewers can toggle between
- Show different sportsbooks based on the location of the viewer
- Synchronize what bets are shown with the topics of your video segments

https://studiopanda.live/features (last visited May 7, 2026)

35



https://studiopanda.live/ (last visited May 7, 2026)



https://studiopanda.live/ (last visited May 7, 2026)