# EXHIBIT 6

## Infringement of U.S. Patent No. 11,373,405

The '405 Patent is infringed by the PANDA Studio software (*e.g.*, as accessed from a webpage or mobile application) in combination with client devices (*e.g.*, personal computers, mobile phones, or tablets) that execute the PANDA Studio software (collectively, the "Accused Product"). PANDA directly infringes the '405 Patent through, at least, its own use, including testing, of the PANDA Studio product on end user devices, such as computers, phones, or tablets. PANDA also indirectly infringes the '405 Patent, at least by selling or distributing PANDA Studio and inducing broadcasters and/or end users to perform the method steps by using PANDA Studio on their client devices.

| Claim Limitation | Accused Product |
|---|---|
| [1.pre] A computer-implemented data processing method for displaying augmented content on a client device, the method comprising: | To the extent that the preamble is limiting, the Accused Product includes a computer-implemented data processing method for displaying augmented content on a client device.<br><br>For example, PANDA Studio displays augmented content, like betting overlays shown below, on a client device.<br><br><br><br>https://studiopanda.live/ |

1



### Live Odds & Lines

Enhance your live streams or uploaded videos with real-time bets and lines — and enable viewers to place bets without ever leaving the show. PANDA currently has built-in integration with over half a dozen online sportsbooks (with more being added all the time!)

### Key Features

- Show live bets from one sportsbook, or turn on multiple sportsbooks that your viewers can toggle between
- Show different sportsbooks based on the location of the viewer
- Synchronize what bets are shown with the topics of your video segments

https://studiopanda.live/features

| [1.a] receiving, from an external server by the client device, video data corresponding to an event, the video data comprising video content and plurality of definitions of a plurality of bounding areas; | On information and belief, the Accused Product includes receiving, from an external server by the client device, video data corresponding to an event, the video data comprising video content and plurality of definitions of a plurality of bounding areas.<br><br>For example, PANDA Studio is a software-as-a-service (SaaS) product, such that the client device receives data from one or more external servers.<br><br>**MEET PANDA STUDIO**<br><br>**Watch & Bet SaaS**<br><br>Sports media, betting affiliates, and sportsbooks trust PANDA to stand out from the crowd and generate more revenue with Watch & Bet experiences. Use PANDA Studio to stream any live or pre-recorded video enhanced with contextually matched live bets, in-stream commerce, and community — fully automated and at scale.<br><br>https://studiopanda.live/ (last visited May 7, 2026) |

The PANDA Studio client device receives from the one or more servers video data corresponding to an event, such as a video podcast broadcast or a sporting event, comprising the broadcasted video content and information related to overlays that are to be displayed with the video content.



https://studiopanda.live/ (last visited May 7, 2026)

On information and belief, the video data comprises a plurality of transparent bounding areas, including, for example, bounding boxes relating to the overlays. For example, PANDA advertises various overlay sizes and locations that may be used with PANDA Studio:



https://studiopanda.live/features (last visited May 7, 2026)

For example, PANDA Studio's overlays are "custom clickable overlays that appear throughout the broadcast":



4

| | |
|---|---|
| | https://studiopanda.live/features (last visited May 7, 2026) |
| [1.b] presenting, on a graphical user interface via the client device, the video content; | The Accused Product includes presenting, on a graphical user interface via the client device, the video content. *See, e.g.*  https://studiopanda.live/ (last visited May 7, 2026) |
| [1.c] detecting, by the client device, a user selection of a portion of the graphical user interface; | The Accused Product includes detecting, by the client device, a user selection of a portion of the graphical user interface. PANDA advertises that the user interface and/or broadcaster can "[t]rigger clickable overlays at key moments to drive viewers to take action."  https://studiopanda.live/. For example, a user can select which bets to make on the overlay on PANDA's graphical user interface.  As a further example, the user interface can detect when a user has selected an advertised product presented within an overlay. |



https://studiopanda.live/ (last visited May 7, 2026)



https://studiopanda.live/ (last visited May 7, 2026)



https://studiopanda.live/features (last visited May 7, 2026)

 

https://studiopanda.live/clients (last visited May 7, 2026)

| [1.d] determining, by | The Accused Product includes determining, by the client device, a value associated with one or more pixels |
| --- | --- |

| | |
|---|---|
| the client device, a value associated with one or more pixels associated with the portion of the graphical user interface; | associated with the portion of the graphical user interface. *See, e.g.*  https://studiopanda.live/features (last visited May 7, 2026)<br><br>For example, on information and belief, for example, PANDA Studio uses pixel values in displaying overlays and reacting to selection of an interactive element within an overlay. |



https://studiopanda.live/features (last visited May 7, 2026)

As a further example, on information and belief, each overlay will be associated with one or more pixel values that allows the overlay to be rendered before and after the user has clicked on the an interactive element within the overlay.



https://studiopanda.live (last visited May 7, 2026)

| | |
|---|---|
| [1.e] determining, by the client device, a particular bounding area from the plurality | On information and belief, the Accused Product includes determining, by the client device, a particular bounding area from the plurality of bounding areas based at least in part on a bounding area value associated with the particular bounding area that corresponds to the value associated with the one or more pixels associated with the |

| of bounding areas based at least in part on a bounding area value associated with the particular bounding area that corresponds to the value associated with the one or more pixels associated with the portion of the graphical user interface; | portion of the graphical user interface. *See, e.g.*  https://studiopanda.live/features (last visited May 7, 2026) For example, the overlay is clickable, such that the client device must determine whether the user has clicked on pixels within the bounding area associated with the overlay: |
|---|---|



https://studiopanda.live (last visited May 7, 2026)

| [1.f] transmitting, by the client device, an indication of the | The Accused Product includes transmitting, by the client device, an indication of the particular bounding area to a renderer. |

| particular bounding area to a renderer; | For example, the client device running the PANDA Studio client-side interface transmits an indication that the user has selected an element (such as a button) within the bounding box associated with the overlay. On information and belief, the indication is transmitted to a renderer (such as a renderer software running on a server), so that, for example, the renderer can update the user interface to show the selection (and request any additional corresponding information). |
|---|---|



https://studiopanda.live (last visited May 7, 2026)

| [1.g] receiving, by the client device from the renderer, augmentation | The Accused Product includes receiving, by the client device from the renderer, augmentation data associated with the particular bounding area. |
| --- | --- |

| data associated with the particular bounding area; | PANDA Studio receives augmentation data, such as graphics or other content that is to be presented within the overlay region.  https://studiopanda.live/ (last visited May 7, 2026)  |
|---|---|

**Smart Overlays**

Trigger clickable overlays at key moments to drive viewers to take action

https://studiopanda.live/features (last visited May 7, 2026)

On information and belief, the augmentation information is associated with a transparent bounding area, *e.g.*, for the corresponding overlay.



https://studiopanda.live/features (last visited May 7, 2026)

| [1.h] generating, by the client device, | On information and belief, the Accused Product includes generating, by the client device, augmented video content |
|---|---|

| | |
|---|---|
| augmented video content based on the video data and the augmentation data associated with the particular bounding area; and | based on the video data and the augmentation data associated with the particular bounding area.<br><br>On information and belief, the client device receives video data and augmentation data and generates augmented video content so that the video and overlay containing augmented data can be presented together. For example, the overlays can be presented in a "contextually matched" manner and "trigger[ed]" "at key moments," including by "[s]ynchronizing which bets are shown with the topics of your video segments." Further, for example, the bounding area of the overlay on the screen can be set or customized. |



https://studiopanda.live/ (last visited May 7, 2026)

19

MEET PANDA STUDIO

# Watch & Bet SaaS

Sports media, betting affiliates, and sportsbooks trust PANDA to stand out from the crowd and generate more revenue with Watch & Bet experiences. Use PANDA Studio to stream any live or pre-recorded video enhanced with contextually matched live bets, in-stream commerce, and community — fully automated and at scale.

https://studiopanda.live/ (last visited May 7, 2026)



| | |
|---|---|
| | https://studiopanda.live/features (last visited May 7, 2026) |
| [1.i] presenting, by the client device on the graphical user interface, the augmented video content. | The Accused Product includes presenting, by the client device on the graphical user interface, the augmented video content.<br><br>For example, the user interface presents on the client device the augmented video content on a graphical user interface in the form of overlays within a specific area of the graphical user interface and contextually matched to the video segment.<br><br><br><br>https://studiopanda.live/ (last visited May 7, 2026) |



MEET PANDA STUDIO

# Watch & Bet SaaS

Sports media, betting affiliates, and sportsbooks trust PANDA to stand out from the crowd and generate more revenue with Watch & Bet experiences. Use PANDA Studio to stream any live or pre-recorded video enhanced with contextually matched live bets, in-stream commerce, and community — fully automated and at scale.

https://studiopanda.live/ (last visited May 7, 2026)

## Live Odds & Lines

Enhance your live streams or uploaded videos with real-time bets and lines — and enable viewers to place bets without ever leaving the show. PANDA currently has built-in integration with over half a dozen online sportsbooks (with more being added all the time!)

### Key Features

- Show live bets from one sportsbook, or turn on multiple sportsbooks that your viewers can toggle between
- Show different sportsbooks based on the location of the viewer
- Synchronize what bets are shown with the topics of your video segments

https://studiopanda.live/features (last visited May 7, 2026)



**Bet Picks**

Recommend what bets you think your viewers should make to drive deposits and click-throughs. Your bet picks show up front and center and can be controlled in real-time or programmed in advance.

**Key Features**

- Spotlight bets from any sportsbook
- Automatically generated on-air graphics drive click-throughs
- Dedicated Bet Picks panel and pinned bets

https://studiopanda.live/features (last visited May 7, 2026)

The overlays are presented in accordance with the location information associated with the overlay. For example, PANDA discloses various overlay locations for its advertising overlays:

23



https://studiopanda.live/features (last visited May 7, 2026)